IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) ) ) ) ) | Case No. 4:17-cv-186 |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65(b), Plaintiff People for the Ethical Treatment of Animals, Inc., by and through its counsel, respectfully moves the Court for entry of a temporary restraining order prohibiting Defendants Wildlife In Need and Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark from declawing any tigers, lions, or hybrids thereof in their possession, custody, or control.

In support of this motion, Plaintiff files contemporaneously therewith the following documents:

(1) Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order;

(2) Declaration of Yeny C. Ciborowski;

(3) Declaration of Jennifer Conrad, D.V.M.;

(4) Declaration of Jay Pratte; and

(5) Declaration of Yaniv Schiff.

1

Dated: September 29, 2017    Respectfully Submitted,

/s/ Yeny C. Ciborowski

Brian W. Lewis
Paul Olszowka
Yeny C. Ciborowski
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
Telephone: 312- 357-1313
*Attorneys for People for the Ethical Treatment of Animals, Inc.*