IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY L. LOWE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. CIV-21-00671-F |

## **FINAL JUDGMENT**

In accordance with the court's ruling on November 29, 2021 (doc. no. 471) and the court's findings of fact and conclusions of law entered this same date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows with respect to the claims of plaintiff, People for the Ethical Treatment of Animals, Inc., alleged against defendant, Jeffrey L. Lowe, in the First Amended Complaint for Injunctive and Other Relief:

1. Judgment is entered in favor of plaintiff, People for the Ethical Treatment of Animals, Inc., and against defendant, Jeffrey L. Lowe, insofar as the court declares that defendant, Jeffrey L. Lowe's past acts with respect to the lions identified as Amelia, Leo, Nala, and Kahari, violated the Endangered Species Act, 16 U.S.C. § 1538, and its implementing regulations, 50 C.F.R. §§ 17.21, 17.31(a), and 17.40(r).

2. Judgment is entered in favor of plaintiff, People for the Ethical Treatment of Animals, Inc., and against defendant, Jeffrey L. Lowe,

       insofar as because of defendant, Jeffrey L. Lowe's violations of the Endangered Species Act, and pursuant to 16 U.S.C. §§ 1538(a)(1)(D) and 1540(g) as well as 50 C.F.R. §§ 17.21(d), 17.31(a), and 17.40(r), defendant, Jeffrey L. Lowe is **BARRED** from possessing, selling, delivering, carrying, transporting, or shipping, by any means whatsoever, Leo and Nala, and the remains of Amelia and Kahari. This bar shall remain in full force and effect until further order of the court.

3. The claims of plaintiff, People for the Ethical Treatment of Animals, Inc., against defendant, Jeffrey L. Lowe, insofar as they seek relief based on defendant, Jeffrey L. Lowe, continuing to violate the Endangered Species Act and its implementing regulations are dismissed without prejudice.

DATED at Oklahoma City, Oklahoma, this 25th day of February, 2022.

*[Signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0671p013.docx


insofar as because of defendant, Jeffrey L. Lowe's violations of the Endangered Species Act, and pursuant to 16 U.S.C. §§ 1538(a)(1)(D) and 1540(g) as well as 50 C.F.R. §§ 17.21(d), 17.31(a), and 17.40(r), defendant, Jeffrey L. Lowe is **BARRED** from possessing, selling, delivering, carrying, transporting, or shipping, by any means whatsoever, Leo and Nala, and the remains of Amelia and Kahari. This bar shall remain in full force and effect until further order of the court.

3. The claims of plaintiff, People for the Ethical Treatment of Animals, Inc., against defendant, Jeffrey L. Lowe, insofar as they seek relief based on defendant, Jeffrey L. Lowe, continuing to violate the Endangered Species Act and its implementing regulations are dismissed without prejudice.

DATED at Oklahoma City, Oklahoma, this 25th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0671p013.docx